
**GREAT LAKES**

February 6, 2023

000001

FILED
MAILROOM

2023 FEB 13 PM 2:00

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

#BWNKPXF
WILLIAM C. REDDEN, CLERK OF COURT
U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
200 SOUTH WASHINGTON STREET
ALEXANDRIA, VA 22314

Re: Guillermo A. Guevara v Great Lakes Educational Loan Services Inc. (GLELSI)
Adversary Case No.: 23-01002
U.S. Bankruptcy Court for the Eastern District of Virginia

Dear Mr. Redden,

Debtor Guillermo Guevara has filed an adversary proceeding against Great Lakes Educational Loan Services, Inc. ("GLELSI"), Mr. Guevara's student loan servicer. GLELSI sent Mr. Guevara's attorney, Nathan Fisher, the attached letter asking that they to voluntarily dismiss their complaint against GLELSI since GLELSI is not a proper party to this adversary proceeding.

As GLELSI explained to Mr. Fisher, it does not own Mr. Guevara's loan(s); the U.S. Department of Education does. Since GLELSI does not own Mr. Guevara's loan(s), a discharge order against it will have no effect: it does not have any loan(s) to discharge. In order for Mr. Guevara to get their loan(s) discharged, the proper party of interest is the lender – in this case, the U.S. Department of Education.

Since GLELSI is not a proper party to this action, and in anticipation of Mr. Fisher's response to its letter, GLELSI does not plan on filing anything in this case at this time, absent an order or some other direction from the court seeking a response.

Please send any such direction to either Jackie Schwartz or Patricia Wheeler at the address listed below:

2401 International Lane
Madison, WI 53704

Thank you for your attention to this matter.

Sincerely,

Great Lakes Educational Loan Services, Inc.

Enclosure(s)

cc: Nathan A. Fisher (w/ Enclosure, via U.S. Mail or Email)
U.S. Department of Education (w/ Enclosure, via email, FSAbankruptcy@ed.gov)




February 6, 2023

NATHAN A. FISHER
FISHER-SANDLER, LLC
3977 CHAIN BRIDGE ROAD #2
FAIRFAX, VA 22030


Re: Guillermo A. Guevara v Great Lakes Educational Loan Services Inc. (GLELSI)
Adversary Case No.: 23-01002
U.S. Bankruptcy Court for the Eastern District of Virginia


Dear Mr. Fisher,

We received the Adversary Summons and Complaint in the above-entitled matter.

We are writing to request that you voluntarily dismiss the action against Great Lakes Educational Loan Services Inc. (GLELSI) because GLELSI is not a proper party to this adversary action.

GLELSI is Guillermo Guevara's student loan servicer. GLELSI does not own Mr. Guevara's loan(s). It provides account management services on behalf of the lender – the U.S. Department of Education, who is a named Defendant in this action. Service should be to the Department of Education, 400 Maryland Avenue SW., Washington, DC 20202.

Since GLELSI does not own the loan(s), a discharge order against it will have no effect: GLELSI does not have any loan(s) to discharge.

Please direct questions via email to Jackie Schwartz at jschwartz@glhec.org or Patricia Wheeler at pwheeler@glhec.org.

Thank you for your attention to this matter.

Sincerely,

Great Lakes Educational Loan Services Inc.