IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GUILLERMO ALEJANDRO GUEVARA, | ) CASE NO. 22-11-458-KHK |
| | ) |
| Debtor. | ) |
| _____ | ) |
| | ) |
| GUILLERMO ALEJANDRO GUEVARA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) AD. PRO. NO. 22-01002-KHK |
| | ) |
| U.S. DEPARTMENT OF EDUCATION, ET AL., | ) |
| | ) |
| Defendants. | ) |

CONSENT MOTION FOR ENTRY OF ORDER DISCHARGING STUDENT LOANS
AND MEMORANDUM IN SUPPORT THEROF

The United States of America requests that the Court enter an order discharging the Plaintiff's student loans at issue in this proceeding pursuant to the provisions of 11 U.S.C. Section 523(a)(8). Counsel for the United States has discussed the relief requested in this motion with counsel for the Plaintiff who consents to such relief. As grounds for this Motion, the United States avers the following:

The above-captioned adversary proceeding was filed on January 30, 2023. Dkt. No. 1. In this adversary proceeding, Plaintiff seeks to discharge certain student loan obligations owed to the U.S. Department of Education (DoE Loan). Plaintiff asserts that requiring the repayment of

Robert K. Coulter
Assistant United States Attorney
VSB: 42512
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3745
Counsel for the United States of America

2

the loans would constitute an undue hardship pursuant to 11 U.S.C. Sec. 523(a)(8).

The United States agrees that the Plaintiff is entitled to a discharge of the DOE Loan obligations at issue in this proceeding. The parties have executed a proposed Consent Order that accompanies this Motion.

CONCLUSION

For the foregoing reasons, the United States respectfully requests that it's Motion be granted.

        Respectfully submitted,

        JESSICA D. ABER
        UNITED STATES ATTORNEY

By: */s/ Robert K. Coulter*
        Robert K. Coulter
        Assistant United States Attorney

3

## CERTIFICATE OF SERVICE

    I hereby certify a copy of foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date: March 20, 2023

                                  /s/ Robert K. Coulter
                                ROBERT K. COULTER